# Hill *v.* City of Prattville.

### *Violating Municipal Ordinance.*

(Decided January 12, 1915.  67 South. 619.)

*Municipal Corporations; Ordinances; Violation; Jurisdiction.*— The circuit court, and courts of like jurisdiction have no original jurisdiction of a prosecution for the violation of a municipal ordinance, except on appeal from a conviction or acquittal in the recorder's court, and where the record on appeal does not show a conviction in the recorder's court, it must be presumed that the prosecution was instituted in the court from which the appeal was taken; under such conditions such a judgment is a nullity and will not support an appeal.

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

J. W. Hill was convicted in the circuit court for a violation of an ordinance of the city of Prattville, and he appeals. Appeal dismissed.

C. E. O. TIMMERMAN, for appellant. Counsel discuss the errors assigned with citation of authorities in support of his contention that a reversal should follow. He insists that an appeal bond was all that was necessary to give the circuit court jurisdiction, and that therefore the appeal should not be dismissed. He cites 120 Ala. 182.

[Hill v. City of Prattville.]

EUGENE BALLARD, for appellee. The circuit court of
Autauga county is without authority or jurisdiction to
hear and to determine charges of violating a municipal
ordinance, except on appeal from conviction in record-
er's court, and it not appearing from the transcript that
the case was brought to the circuit court by appeal, the
presumption is indulged that the case originated in the
circuit court. This being true, the judgment of the circuit
court is a nullity, and will not support the appeal.—
*Roney v. City of Florala*, 10 Ala. App. 370.

THOMAS, J.—The circuit court of Autauga county,
from whose judgment this appeal is taken, has no juris-
diction of an offense in violation of the ordinances of the
town of Prattville, which is the charge here, except
upon appeal from a conviction before the recorder of
said town. There is nothing in the record before us
showing such a conviction and appeal—no judgment of
the recorder and no appeal bond. Therefore, for aught
appearing in the record to the contrary, the prosecution
was originally commenced in the said circuit court of
Autauga county upon a statement in writing of the city
attorney of Prattville. If so, which in the state of the
record mentioned must for purposes here be presumed,
the judgment of conviction in the circuit court, from
which this appeal is prosecuted, is a nullity and will not
support the appeal.—*Roney v. Florala,* 10 Ala. App.
370, 65 South. 91. The appeal is consequently dis-
missed.

Appeal dismissed.